UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Plaintiff,

v.                                        Case No. 6:13-cv-104-Orl-22TBS

IRIS S. CAMPBELL, individually, IRIS S. CAMPBELL as Personal Representative of the Estate of Lawrence W. Campbell a/k/a Larry Campbell, IRIS S. CAMPBELL as Trustee of the Larry Campbell Family Trust dated January 22, 2001, IRIS S. CAMPBELL as Parent and Natural Guardian of A.C., a minor, ET AL.,

    Defendants.

_____

## ORDER

This case comes before the Court on Plaintiff's Unopposed Motion for Discharge and Injunction. (Doc. 22). The motion is due to be DENIED WITHOUT PREJUDICE because it does not include a memorandum of legal authorities in violation of Local Rule 3.01(a). In its memorandum, Plaintiff should address, inter alia, deposit of the Policy proceeds into the Court registry, Plaintiff's request for injunctive relief, and the appointment of a guardian ad litem for A.C.

ORDERED in Chambers in Orlando, Florida, on July 26, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to Counsel of Record